IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Ryan D Drexler

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Dent Co Jail & Mr. Devon Leach

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. ______________________
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. [X] Yes [ ] No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ryan D Drexler

All other names by which you have been known:

ID Number: 016967, Doc # 1312664
Current Institution: Dent Co. Jail
Address: 204 E. 5th st.
Salem MO 65560

### B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.
- Make sure that the defendant(s) listed below are identical to those contained in the above caption.
- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.
- Attach additional pages if needed.

Defendant No. 1

Name: Devon Leach
Job or Title (if known): Jailer
Shield Number:
Employer: Dent co Jail
Address:
204 E. 5th st. SAlem MO. 65560

☒ Individual capacity ☐ Official capacity

Defendant No. 2

Name: Dent Co Jail.

Job or Title (if known): 

Shield Number: 

Employer: Dent Co Jail

Address: 804 E. 5th St. Salem MO 65560

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? "566.101"

~~[illegible]~~ or ~~[illegible]~~ to the best of my knowledge I was denyed the actual paperwork for sexual harrassment clause, U.S.C. 42 § 28 for sexual harrassment. To best of my knowlege minnimal resources ask staff for my lawbook in my property they say they cannot find it.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* ______________________________

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) I am being harrassed, And sexual misconduct from a C.O., Mr. Leach watched me take a shower reached to grab my buttox, and called me ((Sexy white chocolate)).
2.) Mental anguish, And PTSD
3) Mr. Leach watched me take a shower and harressed me in the shower "Devon Leach
4) Was the agressor in my case 5.) Dent Co Jail, in booking process in the shower in booking department. 6.) on or about Aug. 20, 2023.
Dent CO Jail. Salem MO. 65560

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental depression, PTSD, Scared of my own life being taken, Anxiety worsened about everything, now the gaurds are bullying me because of the situation, I'm getting told from othe C.O.S that I have a small Penis because what lies leach is Spreading about me. Mr. Trosper, Mr. Letchworth Ms. Cummings "the gaurds" #1

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$250, thousand for mental anguish - Dent co jail, [Dent co jail for $500,000 for Reconstruction of my life when return publicly. It really messed with my head]

Dent Co Jail - $500,000 for treatment of the PTSD suffored from this situation

$500,000 for Reconstructing of my mental depression, - Dent co Jail

$250,000 for mr. leach do this to me in the Shower, maybe it will save someones life. $2.5 million in total injuries

$250,000 for rehabilitation into the community as well with classes to better myself

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Dent CO Jail.
Salem MO 65560

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?
sexual assault / misconduct / harrassment

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Dent Co Jail / tablet electronic CTC

2. What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

That mr. leach was trying to sexualy assault or harrass me in the shower and still continues to happen took place in the the booking in process, still continues to harrass me a whole month later
N/A

3. What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

The staff talked to me tryd to bully me out of filling out a lawsuit. Ms. Cummings / mr Trosper. and the head of administration here at the jail.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Talked to the staff 2 times until they started bullying me saying that I could get into trouble for filling false claims

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Talked to Administrators twice they just said it was there process for booking, filled out multiple grievence forms keeps getting swept under the rug, nothing but they told me I was getting in trouble for lying.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

________________________________________

________________________________________

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________________

   Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ________________________________________

3. Docket or index number

   ________________________________________

4. Name of Judge assigned to your case

   ________________________________________

5. Approximate date of filing lawsuit

   ________________________________________

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

________________________________________

________________________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ~~Wright CO Jail~~ Ryan Drexler
Defendant(s) Wright CO Jail & Some Employes

2. Court *(if federal court, name the district; if state court, name the county and State)*

Wright Co. Missouri

3. Docket or index number

case number 23-03276-CV-S-BP-P

4. Name of Judge assigned to your case

Beth phillips

5. Approximate date of filing lawsuit

8/20/2023

6. Is the case still pending?

☒ Yes
☐ No *(If no, give the approximate date of disposition)*:

____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Not gone all the way through yet

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/11, 2023.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Ryan Drexler

Prison Identification # 1312664

Prison Address Dent CO Jail

City State Zip Code 204 E. 5th st Salem MO. 65560

Ryan Drexler
7511 Sunset St
Birch Tree MO 65438

Ryan Drexler
Dent Co Jail
> 112 E 5th St
Salem MO 65560

SCREENED BY
U.S. MARSHALS




Pris Pro Se

REC'D OCT 10 2023

222 John Q
Hammons Pkwy
Springfeild MO
65806

FIRST.CLASS FIRST.CLASS FIRST.CLASS FIRST.CLASS FIRST.CLASS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD, MISSOURI 65806

OFFICIAL BUSINESS

RECEIVED

2023 OCT 16 PM 1:29

CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

SCREENED BY
U.S. MARSHALS

**FIRST CLASS**

U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106
Attn.: Pris Pro Se

FIRST.CLASS FIRST.CLASS FIRST.CLASS FIRST.CLASS FIRST.CLASS FIRST.CLASS